**No. 67103.**—Joseph Markovits, Inc. *v.* United States, protests 59/11810, 59/24871, and 61/19257 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.